## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| GENGHISCOMM HOLDINGS, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>§<br>v. §<br>§<br>TOYOTA MOTOR NORTH AMERICA, §<br>INC., ET AL., §<br>§<br>§<br>*Defendant*. § | CASE NO.  2:23-CV-00228-RWS-RSP |

## ORDER

Before the Court is the Joint Stipulation of Dismissal filed by GenghisComm holdings LLC and Toyota Motor North America, Inc., Toyota Motor Engineering & Manufacturing North America, Inc., and Toyota Motor Sales, U.S.A. . (Dkt. No. 35.) In the Stipulation, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action with prejudice. (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

   **SIGNED this 24th day of March, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE